# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JAWONE D. NICHOLSON, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 1:20-cv-03146 |
| STATE OF MARYLAND, *et al.* | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO AMEND SCHEDULING ORDER

Defendant Officer Damond T. Durant ("Defendant") and Plaintiff Jawone Nicholson ("Plaintiff"; hereinafter collectively referred to as the "Parties"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), 16(b)(4), and this Court's Local Rule 105(9), hereby file this Joint Motion to Amend Scheduling Order (the "Motion") and, in support thereof, state as follows:

1. The Parties jointly make the requests stated herein.

2. Continuing discovery revealed the existence of numerous, previously unknown fact witnesses the Parties are contemplating deposing.

3. To ensure the Parties have ample time to thoroughly and diligently conduct discovery, the Parties jointly agree and, and hereby respectfully request, that this Court amend the current Scheduling Order, thereby granting an additional sixty (60) days with, which to conduct discovery.

4. The Parties further jointly and respectfully request that all other dates falling after the discovery deadline be extended by the same amount, yielding a new schedule, as follows:

| Filing/Occurrence | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Deadline; Status Report | August 30, 2022 | October 31, 2022 |
| Rule 26(e)(2) Supplementation | August 30, 2022 | October 31, 2022 |
| Requests for Admission | September 7, 2022 | November 7, 2022 |
| Dispositive Pretrial Motions | October 7, 2022 | December 6, 2022 |

5. This motion is not filed for any improper purpose or undue delay.

6. The Parties will not be prejudiced should this Court grant this Motion.

**WHEREFORE**, for good cause shown, the Parties hereby jointly and respectfully request that this Court enter the accompanying Order amending this Court's Scheduling Order.

Respectfully submitted,

*/s/ Stuart R. Goldberg*
Stuart R. Goldberg, Federal Bar #21236
sgoldberg@bakerdonelson.com
Thomas H. Barnard, Federal Bar #27488
tbarnard@bakerdonelson.com
Baker, Donelson, Bearman,
 Caldwell & Berkowitz, PC
100 Light Street, 19th Floor
Baltimore, Maryland 21202
410-862-1339 - Telephone
443-547-0669 - Facsimile

*Attorneys for Defendant Officer
Damond T. Durant*

*/s/ Cary J. Hansel*
Cary J. Hansel, Federal Bar #14722
cary@hansellaw.com
Hansel Law, PC
2514 North Charles Street
Baltimore, Maryland 21218
301-461-1040 - Telephone
443-451-8606 - Facsimile

*Counsel for Plaintiff Jawone Nicholson*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 17th day of August 2022, Defendant filed a copy of the foregoing Joint Motion to Amend Scheduling Order in the United States District Court for the District of Maryland, and served the same on all counsel of record, electronically, via the Court's CM/ECF e-filing system.

                                                  __/s/ *Stuart R. Goldberg*_____
                                                  Stuart R. Goldberg, Federal Bar #21236

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JAWONE D. NICHOLSON, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 1:20-cv-03146 |
| STATE OF MARYLAND, *et al.* | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Parties' Joint Motion to Amend Scheduling Order, it is hereby:

**ORDERED**, that the Parties' Joint Motion to Amend Scheduling Order is **GRANTED**; and it is further

**ORDERED**, that this Order shall memorialize the **AMENDED** dates and deadlines from this Court's Scheduling Order, as follows:

| Filing/Occurrence | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Deadline; Status Report | August 30, 2022 | October 31, 2022 |
| Rule 26(e)(2) Supplementation | August 30, 2022 | October 31, 2022 |
| Requests for Admission | September 7, 2022 | November 7, 2022 |
| Dispositive Pretrial Motions | October 7, 2022 | December 6, 2022 |

Dated:_____   _____
                                                                                                   United States District Judge