# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| JAWONE D. NICHOLSON | * |
| Plaintiff, | * |
| v. | *   Civil Action No.: 1:20-cv-03146-DKC |
| BALTIMORE POLICE DEPARTMENT, *et al.* | * |
| | * |
| Defendants. | * |

\* * * * * * * * * * * * *

## NOTICE OF WITHDRAWAL AND CONTINUATION OF COUNSEL

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Annie M. Kenville hereby withdraws her appearance as counsel of record for Defendant Officer Damond T. Durant.

Thomas H. Barnard, Stuart R. Goldberg, and Sabrina N. Marquez remain as counsel of record for Defendant Officer Damond T. Durant.

        Respectfully submitted,

        /s/ Annie M. Kenville
Annie M. Kenville, Federal Bar #20489
akenville@bakerdonelson.com
Thomas H. Barnard, Federal Bar #27488
tbarnard@bakerdonelson.com
Stuart R. Goldberg, Federal Bar # 21236
sgoldberg@bakerdonelson.com
Sabrina N. Marquez, Federal Bar #30516
smarquez@bakerdonelson.com
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
100 Light Street, 19th Floor
Baltimore, MD 21202
410-862-1321 - Telephone
443-547-0699 – Facsimile

*Attorneys for Defendant Damond T. Durant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2023, a copy of the foregoing *Notice of Withdrawal and Continuation of Counsel*, was served, electronically, via this Court's CM/ECF, e-filing system, on all counsel of record.

        /s/ Annie M. Kenville
Annie M. Kenville, Federal Bar #20489