**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| JAWONE D. NICHOLSON | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:20-cv-03146-DKC |
| DAMOND DURANT | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Defendant, Damond Durant, by and through undersigned counsel, hereby files this Motion for Writ of Habeas Corpus Ad Testificandum, and in support hereof state as follows:

1. That on or about September 23, 2020, Plaintiff brought this 42 U.S.C. § 1983 action against the Defendant.

2. That a jury trial has been scheduled in this matter and is set to commence on April 1, 2024, at 9:00 a.m. and run daily for eight (8) days before United States District Court Judge Deborah K. Chasanow.

3. Brian Marc Hatcher, is a material witness to Defendant's case in chief. Mr. Hatcher is further identified as inmate #4728246 and is currently incarcerated at the Baltimore Central Booking & Intake, 300 E. Madison Street, Baltimore, Maryland 21202.

4. Plaintiff also identified Mr. Hatcher in the Joint Pretrial Order (ECF No. 94) as a witness they intend to call at trial and further represented to the Court at the Pretrial Conference on March 8, 2024, that they had no objections to Mr. Hatcher's appearance for trial.

4. A Writ of Habeas Corpus is necessary transport Mr. Hatcher to the U.S. District Court, District of Maryland (Northern) to allow the Defendant the full benefit of Mr. Hatcher's testimony at the aforementioned trial.

WHEREFORE, the Individual Defendants respectfully request:

A. That this Motion for Writ of Habeas Corpus ad Testificandum be granted.

B. For such other and further relief as the nature of its cause may require.

Respectfully submitted,

*/s/ Thomas H. Barnard*
Thomas H. Barnard, Fed. Bar No. 27488
tbarnard@bakerdonelson.com
Sabrina N. Marquez, Bar No. 30516
smarquez@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
100 Light Street, 19th Floor
Baltimore, Maryland  21202
Phone:  410-862-1185
Direct Fax:  410-547-0699

*Attorneys for Defendant Damond Durant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 14, 2024, a copy of the foregoing Motion for Writ of Habeas Corpus Ad Testificandum was served on all counsel of record, via the Court's CM/ECF filing system.

*/s/ Thomas H. Barnard*
Thomas H. Barnard, Fed. Bar No. 27488
