IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAWONE D. NICHOLSON        :

        :

   v.                      :     Civil Action No. DKC 20-3146

        :

BALTIMORE POLICE DEPARTMENT,
et al.                     :

**ORDER OF JUDGMENT**

Plaintiff Jawone D. Nicholson filed this action in state court against the State of Maryland, the Mayor and City Council of Baltimore, the Baltimore Police Department, and Damond Durant. After the case was removed to this court, Plaintiff filed an Amended Complaint. Motions to dismiss were granted in part and denied in part, and all claims against the State of Maryland, the Baltimore Police Department, and the Mayor and City Council of Baltimore were dismissed. Discovery was conducted concerning the remaining claims against Damond Durant. Summary judgment was granted in part and denied in part on Defendant's motion. Judgment was entered in favor of Defendant on portions of Counts I, II, IV, V and VI, and the entirety of Counts VII, VIII, and IX. The remaining claims came on for trial before a jury and the jury returned a verdict in Defendant's favor on the remaining claims in Counts I, II, III, IV, V, and VI, and a portion of Count X, and in favor of Plaintiff on a portion of Count X.

Accordingly, it is this 4th day of April, 2024, by the United States District Court for the District of Maryland, ORDERED that:

1. Judgment BE, and the same hereby IS, ENTERED in favor of Damond Durant and against Jawone D. Nicholson on Counts I, II, III, IV, V, and VI, and the portion of Count X alleging Gross Negligence by a Police Officer;

2. Judgment BE, and the same hereby IS, ENTERED in favor of Jawone D. Nicholson and against Damond Durant on the portion of Count X alleging Gross Negligence by a Private Person in the amount of $250,000;

3. All prior rulings are incorporated herein and this Judgment is final for purposes of Fed.R.Civ.P. 58; and

4. The clerk will transmit copies of this Order of Judgment to counsel for the parties and CLOSE this case.

                                              /s/
                              DEBORAH K. CHASANOW
                              United States District Judge